REV. 11/l/11

RECEIPT #
_____

DEPUTY CLERK
_____

## FINANCIAL & CIVIL ALLOTMENT SHEET

### GENERAL & SPECIAL FUNDS

| | CODE | ITEM | QTY | FEE | TOTAL |
|---|---|---|---|---|---|
| ____ | 100 | COPIES * (perpg) | ____ | $ 0.50 | |
| ____ | 101 | TAPE DUPLICATION | ____ | $ 30.00 | |
| ____ | 102 | MICROFILM/MICROFICHE | ____ | $ 6.00 | |
| ____ | 103 | RECORD SEARCH *(pername) | ____ | $ 30.00 | |
| ____ | 104 | CERTIFICATION OF DOCUMENT | ____ | $ 11.00 | |
| ____ | 105 | DOCUMENT EXEMPLICATION | ____ | $ 18.00 | |
| ____ | 106 | RETURNED CHECK FEE | ____ | $ 53.00 | |
| ____ | 107 | RECORD RETRIEVAL | ____ | $ 53.00 | |
| ____ | 110 | CERTIFICATE OF GOOD STANDING | ____ | $ 18.00 | |
| ____ | III | PRO HAC VICE ADMISSION FEE *(per atty/case) | ____ | $ 100.00 | |
| ____ | 112 | ATTORNEY ADMISSION- GENERAL | ____ | $ 176.00 | |
| ____ | 113 | ATTORNEY ADMISSION- LOCAL *(peryr) | ____ | $ 15.00 | |
| ____ | 114 | PAST DUE ATTORNEY ADMISSION | ____ | $ ____ | |
| ____ | 118 | SANCTIONS/ CONTEMPT OF COURT | ____ | $ ____ | |
| ____ | 121 | REGISTRATION - FOREIGN JUDGMENT | ____ | $ 46.00 | |
| ____ | 200 | CIVIL FILING FEE | ____ | $ 400.00 | xxx |
| ____ | 201 | PLRA FILING FEE | ____ | $ ____ | |
| ____ | 202 | WRIT OF HABEAS CORPUS | ____ | $ 5.00 | |
| ____ | 203 | NOTICE OF APPEAL DOCKETING FEE | ____ | ~$ 455.00 | |
| ____ | 204 | POWER OF ATTORNEY | ____ | $ 46.00 | |
| ____ | 205 | MISCELLANEOUS FILING FEE | ____ | $ 46.00 | |
| ____ | 206 | APPEAL TO DISTRICT JUDGE FROM CONVICTION BY A MAGISTRATE MISDEMEANOR CASE | ____ | $ 37.00 | |
| ____ | 301 | EMPLOYEE JURY FEE | ____ | $ ____ | |
| ____ | 400 | CJA FEE | ____ | $ ____ | |
| ____ | 601 | PUBLIC TERMINAL PRINTING FEE , (perpg) | ____ | $ 0.10 | |
| ____ | 700 | CRIMINAL DEBT | ____ | $ ____ | |
| ____ | 701 | COST BOND | ____ | $ ____ | |
| ____ | 710 | BANK DEPOSIT | ____ | $ ____ | |

### PAYMENT INFORMATION

PAYOR: _____

FBO: _____

CASE # _____  SECTION _____

CASE CAPTION: John Paul Jones, Jr. vs. Yellow Fin Marine Services, LLC

### PAYMENT TENDERED

CASH _____   CHECK# _____   SEAMAN _____

CREDIT CARD _____   MONEY ORDER# _____   PAUPER _____

*TOTAL PAYMENT RECEIVED* [_____]